**Opinion issued January 22, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

―――――――――――――

**NO. 01-26-00043-CV**

―――――――――――――

**IN RE J.B. BLACK, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator J.B. Black has filed a petition for writ of mandamus complaining of the trial court's order denying his request to file new litigation.[1] We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

---

[1] The underlying case is *J.B. Black v. The State of Texas, et al*, cause number 2023-48078, pending in the 334th District Court of Harris County, Texas, the Honorable Dawn Rogers presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.